UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHYLLIS PHILLIPS,

    Plaintiff,                      Case No. 17-cv-11723
                                          Hon. Matthew F. Leitman

v.

FAMILY DOLLAR STORES
OF MICHIGAN, INC.,

    Defendant.
_____/

**ORDER TO APPEAR FOR TELEPHONIC STATUS CONFERENCE**

**IT IS HEREBY ORDERED** that all counsel of record on the above case shall appear for a telephonic status conference with the Honorable Matthew F. Leitman on **Thursday, August 3, 2017 at 11:00 a.m.**

Counsel shall join the conference call by utilizing the following call-in information:

    Call-In#:        215.446.3649
    Access Code:   8390969

**IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: July 26, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 26, 2017, by electronic means and/or ordinary mail.

                                      s/Holly A. Monda
                                      Case Manager
                                      (810) 341-9764